IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE CHAVEZ, | ) | 1:04-cv-06232-REC-LJO-P |
| | ) | |
|     Plaintiff, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATIONS, AND |
| vs. | ) | DISMISSING ACTION, WITHOUT |
| | ) | PREJUDICE, FOR FAILURE TO |
| SHERIFF MACK WIMBISH, et al., | ) | OBEY A COURT ORDER |
| | ) | |
|     Defendants. | ) | (Docs. 12, 14, and 16) |
| | ) | |

    Plaintiff Jose Chavez ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 9, 2005, the Magistrate Judge dismissed plaintiff's complaint and ordered plaintiff to file an amended complaint within thirty days.  On April 4, 2005, after more than thirty days passed and plaintiff failed to comply with or otherwise respond to the Court's order, the Court issued a Findings and Recommendations recommending dismissal of this action for failure to obey a court order.  On April 12, 2005, plaintiff filed

1

1 objections to the Findings and Recommendations and requested the
2 appointment of counsel.
3      On May 9, 2005, the Magistrate issued an order denying
4 plaintiff's motion for the appointment of counsel and notifying
5 plaintiff that if he wishes to pursue this action at this time, he
6 must file an amended complaint in compliance with the order of
7 February 9, 2005.  The Magistrate informed plaintiff that in the
8 alternative, he may file a notice of voluntary dismissal, which
9 would result in the dismissal of this action without prejudice to
10 refiling at a later date.  The Magistrate warned plaintiff that if
11 he filed neither an amended complaint nor a notice of voluntary
12 dismissal, the Findings and Recommendations filed on April 4, 2005,
13 would be submitted to the undersigned and this action would be
14 dismissed, without prejudice, for failure to obey the court's
15 orders.  Plaintiff has not filed an amended complaint or a notice
16 of voluntary dismissal, or otherwise responded to the Magistrate's
17 order.
18      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C)
19 and Local Rule 73-305, this Court has conducted a _de novo_ review of
20 this case.  Having carefully reviewed the entire file, the Court
21 finds the Findings and Recommendations to be supported by the
22 record and by proper analysis.
23      Accordingly, IT IS HEREBY ORDERED that:
24      1.   The Findings and Recommendations, filed April 4, 2005, is
25 ADOPTED IN FULL; and,
26      2.   This action is DISMISSED, without prejudice, for
27 plaintiff's failure to obey the court's orders of February 9, 2005.
28 ///

1    IT IS SO ORDERED.

2  **Dated:  September 28, 2005**              **/s/ Robert E. Coyle**
   668554                                    UNITED STATES DISTRICT JUDGE